# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 03-325 (JRT) |
| Plaintiff, | |
| v. | **ORDER** |
| MICHELLE LYNN MATTHEW, | |
| Defendant. | |

_____

> Joe Dixon, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.
>
> Andrea George, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

The Court held a status conference for this case on September 27, 2010 regarding the pending revocation. The parties in the case discussed the defendant's current medical situation and the Court finds the defendant is in need of her full medication dosages as prescribed by her doctor.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the defendant shall undergo a medical examination to be conducted by a licensed medical practitioner. The Court also directs the U.S. Marshals Service to direct Sherburne County Jail to provide the defendant access to her medication in the full prescribed doses, pending further determination by the licensed medical practicioner.

DATED: September 29, 2010
at Minneapolis, Minnesota

                                                _____ s/ John R. Tunheim_____
                                                JOHN R. TUNHEIM
                                                United States District Judge